DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LUCILLE ROLLE,**
Appellant,

v.

**NATIONSTAR MORTGAGE, LLC, EDWARD R. ROLLE, SHERIDAN GLEN HOMEOWNERS ASSOCIATION, INC.**, and **THE CROSSBOW HOMEOWNERS ASSOCIATION, INC.,**
Appellees.

No. 4D17-1466

[March 15, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Senior Judge; L.T. Case No. CACE11-031177.

Lucille Rolle, Davie, pro se.

Charles P. Gufford of McCalla Raymer Liebert Pierce, LLC, Orlando, for appellee Nationstar Mortgage LLC.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***